■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SANCHEZ, Appellant. — Judgment, Supreme Court, Bronx County (Mazur, J.), rendered May 5, 1981, convicting the defendant, after a nonjury trial, of grand larceny in the second degree (five counts), grand larceny in the third degree (one count) and falsifying business records in the first degree (seven counts), and sentencing him to 13 concurrent, indeterminate terms of imprisonment of not more than three years, modified, on the law, by reversing the conviction upon count 10 and by dismissing that count. As modified, the judgment should otherwise be affirmed. ¶ As the People concede, defendant did not make the entries on the cash journal page covered by count 10 of the indictment. Hence, he could not be convicted of falsifying business records under that count. We reverse his conviction on count 10 and we dismiss that count. We find no merit to the other points raised in the defendant's brief. Concur — Murphy, P. J., Sullivan, Bloom, Fein and Milonas, JJ.

■ BILLY McCANN, Appellant, v GREYHOUND LINES, INC., Respondent. — Order, Supreme Court, New York County (Myriam Altman, J.), entered on August 15, 1983, unanimously affirmed, without costs and without disbursements, and the appeal from the order of said court, entered on May 6, 1983, is unanimously dismissed as having been subsumed in the appeal from the order entered on August 15, 1983, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Carro, Asch, Fein and Kassal, JJ.

■ BROWN & WILLIAMSON TOBACCO CORPORATION et al., Respondents, v PHILIP MORRIS INCORPORATED, Appellant. — Order, Supreme Court, New York County (Betty Ellerin, J.), entered on March 23, 1983, unanimously affirmed for the reasons stated by Betty Ellerin, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur — Kupferman, J. P., Ross, Bloom, Milonas and Alexander, JJ.